MARK T. YOUNG (Bar No. 89951)
MARIA L. GARCIA (Bar No. 276135)
DONAHOE & YOUNG LLP
25152 Springfield Court, Suite 345
Valencia, California 91355-1081
Telephone: 661.259.9000 / Facsimile: 661.554.7088
E-mail: myoung@donahoeyoung.com; mgarcia@donahoeyoung.com

Attorneys for Debtor JEFFREY MARK FREEMAN



**FILED & ENTERED**

DEC 20 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi   DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>**JEFFREY MARK FREEMAN,**<br><br>Debtor. | Case No. 2:11-bk-34162-NB<br>[Chapter 13]<br><br>**SCHEDULING ORDER RE DEBTOR'S MOTION FOR SANCTIONS FOR VIOLATION OF DISCHARGE INJUNCTION**<br><br>Status Conference:<br>Date:  December 19, 2019<br>Time: 8:30 a.m.<br>Courtroom: 1545<br><br>Hearing re Motion for Sanctions:<br>Date: March 10, 2020<br>Time: 2:00 p.m.<br>Courtroom: 1545 |

The hearing pursuant to the "Order Setting Status Conference" (Doc. 297) was conducted on December 19, 2019 at 8:30 a.m.  Debtor JEFFERY MARK FREEMAN ("Debtor") was represented by his attorney, Mark T. Young of Donahoe & Young LLP (appearing by CourtCall). No other appearances were made <u>– in particular, no appearance was made by Nationstar Mortgage, LLC, despite the fact that appearances were not excused</u>.

The Court having heard a statement of Debtor's counsel, IT IS HEREBY ORDERED as follows:

1.   A hearing on Debtor's motion for sanctions for violation of discharge injunction  is

set for March 10, 2020 at 2:00 p.m., in Courtroom 1545 of the above-referenced Court located at 255 East Temple Street, Los Angeles, CA 90012.

2. <u>Debtor may elect to bifurcate the remaining issues, as Debtor suggested he might prefer at this status conference – *i.e.,* Debtor may elect to address only (a) the issue of whether there is liability at this stage, and leave for later consideration (b) the issue of damages – or alternatively Debtor may elect to address not only the former issue but also, in part or in full, the latter issue at this stage.  In any event,</u> ~~All~~ <u>all supplemental</u> ~~moving~~ papers (including Declarations and Memoranda of Points and Authorities) that Debtor wishes the Court to consider in connection with said motion shall be filed and served not later than February 18, 2020.

3. Any response or opposition by Nationstar Mortgage, LLC shall be filed and served not later than February 25, 2020.

4. Any reply by Debtor shall be filed and served not later than March 3, 2020.

### 

Date: December 20, 2019

Neil W. Bason
United States Bankruptcy Judge

2