MARK T. YOUNG (Bar No. 89951)
TAYLOR F. WILLIAMS (Bar No. 281331)
LUCAS E. ROWE (Bar No. 298697)
DONAHOE & YOUNG LLP
25152 Springfield Court, Suite 345
Valencia, California 91355-1081
Telephone: 661.259.9000 / Facsimile: 661.554.7088
E-mail: myoung@donahoeyoung.com; twilliams@donahoeyoung.com

Attorneys for Debtor JEFFREY MARK FREEMAN

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| In re: | Case No. 2:11-bk-34162-NB |
| --- | --- |
| **JEFFREY MARK FREEMAN,** | [Chapter 13] |
| Debtor. | **STIPULATION TO EXTEND BRIEFING DEADLINES AND CONTINUE HEARING RE DEBTOR'S MOTION FOR SANCTIONS FOR VIOLATION OF DISCHARGE INJUNCTION** |
| | <u>Current Hearing re Motion for Sanctions</u>:<br>Date: June 30, 2020<br>Time: 2:00 p.m.<br>Courtroom: 1545 |
| | <u>Proposed Continued Hearing re Motion for Sanctions</u>:<br>Date: July 28, 2020<br>Time: 2:00 p.m.<br>Courtroom: 1545 |

Debtor JEFFERY MARK FREEMAN ("Debtor") and Interested Party NATIONSTAR MORTGAGE LLC ("Nationstar") (collectively "the Parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

## RECITALS

A.  On December 19, 2019, the Court conducted a status conference on Debtor's "Motion for Sanctions for Violation of Discharge Injunction" ("Motion for Sanctions"). At that time, the Court set dates and deadlines as specified in the "Scheduling Order re Debtor's Motion for Sanctions for Violation of Discharge Injunction" (Doc. 302).

1

**STIPULATION TO EXTEND BRIEFING DEADLINES AND CONTINUE HEARING RE DEBTOR'S MOTION, etc.**

B. On February 14, 2020, the Parties filed a "Stipulation to Extend Briefing Deadlines and Continue Hearing re Debtor's Motion for Sanctions for Violation of Discharge Injunction" (Doc. 306). The Court approved that Stipulation by Order entered on February 18, 2020 (Doc. 308), which ordered as follows:

    1. All supplemental moving papers (including Declarations and Memoranda of Points and Authorities) that Debtor wishes the Court to consider in connection with the Motion for Sanctions shall be filed and served not later than April 28, 2020.

    2. Any response or opposition by Nationstar shall be filed and served not later than May 5, 2020.

    3. Any reply by Debtor shall be filed and served not later than May 12, 2020.

    4. A hearing on Debtor's Motion for Sanctions is set for May 19, 2020 at 2:00 p.m., in Courtroom 1545 of the above-referenced Court located at 255 East Temple Street, Los Angeles, CA 90012.

C. On April 27, 2020, the Parties filed a "Stipulation to Extend Briefing Deadlines and Continue Hearing re Debtor's Motion for Sanctions for Violation of Discharge Injunction" (Doc. 310). That Stipulation stated that the Parties were in discussion regarding settlement, had agreed to mediation, and recently agreed to a slate of mediators and (in view of the uncertain end date of the Covid-19 restrictions) the conducting of a remote mediation through Zoom. The Court approved that Stipulation by Order entered on April 28, 2020 (Doc. 312), which ordered as follows:

    1. All supplemental moving papers (including Declarations and Memoranda of Points and Authorities) that Debtor wishes the Court to consider in connection with the Motion for Sanctions shall be filed and served not later than June 9, 2020.

    2. Any response or opposition by Nationstar shall be filed and served not later than June 16, 2020.

    3. Any reply by Debtor shall be filed and served not later than June 23, 2020.

    4. A hearing on Debtor's Motion for Sanctions is set for June 30, 2020 at 2:00 p.m., in Courtroom 1545 of the above-referenced Court located at 255 East Temple Street, Los Angeles, CA 90012.

D.  On May 26, 2020, the Parties conducted a mediation through Hon. Meredith Jury (ret.), via Zoom. That mediation concluded with an agreement that certain information would be provided to the mediator for *in camera* review, and that the mediator would formulate a mediator's proposal for consideration by the Parties. The Parties wish to be able to review and consider the mediator's proposal prior to briefing this matter.

E.  Accordingly, the Parties request the extension of deadlines and the continuance of the hearing to the dates specified below.

## AGREEMENT

Based on the foregoing, the Parties stipulate as follows:

1.  The deadline for Debtor's supplemental Declarations and Memoranda of Points and Authorities is extended to July 7, 2020.

2.  The deadline for Nationstar's response or opposition is extended to July 14, 2020.

3.  The deadline for Debtor's reply (if any) to Nationstar's response is extended to July 21, 2020.

4.  The hearing on Debtor's Motion for Sanctions is continued to July 28, 2020 at 2:00 p.m. in Courtroom 1545.

5.  No rights of any party are to be prejudiced by this extension and continuance. All statutes of limitations are tolled during the period of this extension and continuance, and no party may assert any prejudice arising from this extension or continuance (i.e., laches or any other delay-based defense).

Dated: May 26, 2020        DONAHOE & YOUNG LLP

By: */s/ Mark T. Young*
    MARK T. YOUNG
    Attorneys for Debtor
    JEFFREY M. FREEMAN

Dated: May 26, 2020        HALL GRIFFIN LLP

By: _____
    VALERIE J. SCHRATZ
    Attorneys for Interested Party
    NATIONSTAR MORTGAGE LLC

3
STIPULATION TO EXTEND BRIEFING DEADLINES AND CONTINUE HEARING RE DEBTOR'S MOTION, etc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

25152 Springfield Court, Suite 345, Valencia, California 91355

A true and correct copy of the foregoing document entitled (*specify*): Stipulation To Extend Briefing Deadlines and Continue Hearing Re Debtor's Motion for Sanctions for Violation of Discharge Injunction
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/27/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/27/2020 | Yvonne Sanchez | /s/Yvonne Sanchez |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Heather D Bock**   hb@mccallaraymer.com, mccallaecf@ecf.courtdrive.com
- **Richard Bush**   richard.bush@bankofamerica.com, richard.bush@bankofamerica.com
- **Jonathan C Cahill**   ecfcacb@aldridgepite.com, jcahill@aldridgepite.com;JCC@ecf.inforuptcy.com
- **Alyssa M Cronce**   alyssa.cronce@bankofamerica.com
- **Michael Daniels**   BkECFnotifications@nationstarmail.com
- **Kathy A Dockery (TR)**   EFiling@LATrustee.com
- **Joseph Garibyan**   joegaribyan@gmail.com, joe.garibyan@swmllp.com
- **Jason E Goldstein**   jgoldstein@buchalter.com, jnewton@buchalter.com;docket@buchalter.com
- **James D. Hornbuckle**   jdh@cornerstonelawcorp.com
- **Elsa M Horowitz**   ehorowitz@wrslawyers.com, aparisi@wrslawyers.com
- **Elsa M Horowitz**   ehorowitz@wrslawyers.com, aparisi@wrslawyers.com
- **Merdaud Jafarnia**   bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
- **Lemuel Bryant Jaquez**   bknotifications@ghidottiberger.com,gbadmin@ecf.courtdrive.com
- **Cori B Jones**   Cori@jjohnson.net
- **Gina J Kim**   gjkim@piteduncan.com, ecfcacb@piteduncan.com;GJK@ecf.inforuptcy.com
- **Francis Laryea**   flayrea@rascrane.com
- **Shai S Oved**   ssoesq@aol.com, Ovedlaw@hotmail.com
- **Casper J Rankin**   ecfcacb@aldridgepite.com, CJR@ecf.inforuptcy.com
- **Irina C Ribeiro**   ecfcacb@piteduncan.com
- **Cassandra J Richey**   cdcaecf@bdfgroup.com
- **Kelly J Schellig**   efile@fivelakesagency.com
- **Valerie J Schratz**   vschratz@hallgriffin.com, sellis@hallgriffin.com
- **Ramesh Singh**   claims@recoverycorp.com
- **Lakisha D Stark**   lstark@nbsdefaultservices.com
- **Darrelyn Thomas**   dthomas@rascrane.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Madison C Wilson**   mwilson@rasflaw.com, ras@ecf.courtdrive.com;bkyecf@rasflaw.com
- **Gilbert R Yabes**   ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com
- **Mark T Young**   myoung@donahoeyoung.com
- **Robert P Zahradka**   caecf@tblaw.co